ROB BONTA, State Bar No. 202668
Attorney General of California
WILLIAM H. DOWNER, State Bar No. 257644
Supervising Deputy Attorney General
*CARLY J. MUNSON, State Bar No. 254598
SOPHIA A. CARRILLO, State Bar No. 326428
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6370
  Fax:  (916) 731-2129
  E-mail:  Carly.Munson@doj.ca.gov
*Attorneys for Defendant Kevin Kish, Director of
California Civil Rights Department*

Timothy C. Travelstead, Esq. (SBN 215260)
  t.travelstead@narayantravelstead.com
Scott C. Ku, Esq. (SBN 314970)
  s. ku@narayantravelstead.com
NARAYAN TRAVELSTEAD P.C.
7901 Stoneridge Drive, Suite 230
Pleasanton, CA 94588
Telephone: (650) 403-0150
*Attorneys for Plaintiff Hindu American Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HINDU AMERICAN FOUNDATION, INC.,** a Florida Not-For-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**KEVIN KISH, an individual, in his official capacity as Director of the California Civil Rights Department; and Does 1-50, inclusive,**<br><br>Defendants. | Case No. 2:22-CV-01656-DAD-JDP<br><br>**STIPULATION AND REQUEST TO AMEND BRIEFING SCHEDULE FOR DEFENDANT'S RULE 12(b) MOTION**<br><br>NO ORAL ARGUMENT REQUESTED<br><br>Complaint filed: September 20, 2022<br><br>Judge: Hon. Dale A. Drozd |

Plaintiff Hindu American Foundation, Inc. (HAF), and Defendant Kevin Kish, in his official capacity as the Director of the California Civil Rights Department (CRD) (together, the "Parties"), through their undersigned counsel, hereby stipulate and jointly request an order amending the briefing schedule for Defendant's Motion to Dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure Rule 12(b).

In support of this Stipulation, the Parties jointly state as follows:

1. Plaintiff's complaint was filed on September 20, 2022, and served on Director Kish on November 17, 2022.

2. This case relates to a matter pending before the California Superior Court for the County of Santa Clara, *CRD v. Cisco Systems, Inc., et al.*, Case No. 20-cv-372366. (Comp. ¶ 9). Plaintiff has a pending motion to intervene in *CRD v. Cisco Systems, Inc., et al*.

3. On November 28, 2022, the Parties filed their stipulation and request to extend Defendant's time to respond and to set a briefing schedule for rule 12(b) motion, which the Court granted. (ECF Nos. 6-7). The stipulation was to allow the Parties ample time to meet and confer prior to Defendant's responsive filing. Furthermore, at that time the Parties anticipated that the stipulated briefing schedule would allow enough time for Plaintiff's motion to intervene to be heard in state court.

4. As of the date of this stipulation, Plaintiff's motion to intervene in *CRD v. Cisco Systems* case is still pending before the state court. Further, the parties in the state court matter have agreed to mediate the matter. The parties are scheduled to attend a mediation on May 2, 2023 and the state court will hold a mediation review hearing thereafter on June 8, 2023. As a settlement in the state court matter could potentially affect the outcome of this matter, the Parties stipulate to and request an amendment to the current briefing schedule.

5. Under the current schedule, the Parties would have to expend significant time and fees in preparing oppositions and replies to the motions, while the state court matter is

pending mediation. Thus, the Parties request a further continuance of the hearing date to permit the parties in the state court case to mediate on May 2, 2023.

6. Additionally, Plaintiff's counsel is currently in the middle of a trial and is scheduled for back-to-back trials in April and May.

7. The Parties request that the Court hear Defendant's motion to dismiss pursuant to Rule 12(b) at 1:30 p.m. on August 15, 2023 or as soon thereafter as is practicable for the Court.

Based on the foregoing, the Parties respectfully request that this Court enter an order:

(i) Setting a briefing schedule for Defendant's motion to dismiss pursuant to Rule 12(b) as follows:

    (a) Plaintiff shall file any opposition on or before June 15, 2023;

    (b) Defendant shall file any reply on or before July 21, 2023; and

(ii) Setting a hearing on Defendant's motion to dismiss for 1:30 p.m. on August 15, 2023, or as soon thereafter as is practicable for the Court.

Dated:  March 13, 2023                                      Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM H. DOWNER
Supervising Deputy Attorney General

/s/ Carly J. Munson (as authorized 3/13/2023)
CARLY J. MUNSON
Deputy Attorney General
*Attorneys for Kevin Kish, in his official capacity as Director of the California Civil Rights Department*

NARAYAN TRAVELSTEAD, P.C.

/s/ Timothy C. Travelstead
Timothy C. Travelstead, Esq.
Scott C. Ku, Esq.
*Attorneys for Plaintiff Hindu American Foundation*