ROB BONTA, State Bar No. 202668
Attorney General of California
WILLIAM H. DOWNER, State Bar No. 257644
Supervising Deputy Attorney General
*CARLY J. MUNSON, State Bar No. 254598
GARY D. ROWE, State Bar No. 165453
Deputy Attorneys General
  1300 I Street
  Sacramento, CA  95814
  Telephone:  (916) 210-7845
  Fax:  (916) 731-2129
  E-mail:  Carly.Munson@doj.ca.gov
*Attorneys for Defendant Kevin Kish, Director of California Civil Rights Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HINDU AMERICAN FOUNDATION, INC.,** a Florida Not-For-Profit Corporation; **SAMIR KALRA; MIHIR MEGHANI; SANGEETHA SHANKAR; DILIP AMIN, SUNDAR IYER, RAMANA KOMPELLA** as individuals; and **DOE PLAINTIFFS ONE TO THREE,** | Case No. 2:22-CV-01656-DAD-JDP **UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| Plaintiffs, | Complaint filed: September 20, 2022 |
| v. | Judge: Hon. Dale A. Drozd |
| **KEVIN KISH, an individual, in his official capacity as Director of the California Civil Rights Department; and Does 1-50, inclusive,** | |
| Defendants. | |

Defendant Kevin Kish, in his official capacity as the Director of the California Civil Rights Department, hereby requests a 45-day extension of time to respond to Plaintiffs' First Amended Complaint (ECF No. 21), which was filed on September 21, 2023, pursuant to Federal Rule of Civil Procedure Rule 6 and Local Rule 144. Defendant Kish's response to Plaintiffs' First Amended Complaint is currently due by Thursday, October 5, 2023. (Fed. R. Civ. P. 15(a)(3)).

There is good cause for the requested extension. First, an extension of time is necessary to allow Defendant Kish sufficient time to evaluate Plaintiffs' First Amended Complaint. (Declaration of Carly J. Munson in Support of Application for Extension of Time to Respond ("Munson Decl.") ¶¶ 3-7). The First Amended Complaint includes two new claims and nine new plaintiffs (*see* ECF No. 21), including three "Doe" plaintiffs whose identities have not been disclosed to Defendant Kish or his counsel. (Munson Decl. ¶ 3). Further, Defendant Kish anticipates filing one or more motions in response to the First Amended Complaint, and the parties will require ample time to meet and confer prior to such filings. (*Id.* ¶ 4).

Second, Defendant's counsel have pre-existing filing deadlines that warrant the requested extension. Defendant's counsel have several significant filings in other matters, including dispositive motions and an appellate brief, which are due in October 2023 in accordance previously ordered briefing schedules. (*Id.* ¶ 5). Further, Defendant's lead counsel in this matter was out of the office from September 21 to 27 due to pre-existing plans and unable to address Plaintiffs' First Amended Complaint during that time. (*Id.* ¶ 6).

Finally, Defendant Kish has not sought or been granted any prior extensions of time to respond to Plaintiffs' First Amended Complaint. (*Id.* ¶ 8). Moreover, Plaintiffs do not oppose to the requested extension of time (*id.* ¶ 7), and thus will not be prejudiced by it.

Based on the aforementioned cause, Defendant Kish respectfully requests that the Court grant him a 45-day extension of time—until Monday, November 20, 2023—to respond.

| | | |
|---|---|---|
| 1 | Dated: September 29, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | WILLIAM H. DOWNER<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ Carly J. Munson<br>CARLY J. MUNSON<br>Deputy Attorney General |
| 6 | | *Attorneys for Defendant Kevin Kish, in his official capacity as Director of the California Civil Rights Department* |

2