ROB BONTA, State Bar No. 202668
Attorney General of California
WILLIAM H. DOWNER, State Bar No. 257644
Supervising Deputy Attorney General
*CARLY J. MUNSON, State Bar No. 254598
GARY D. ROWE, State Bar No. 165453
Deputy Attorneys General
  1300 I Street
  Sacramento, CA 95814
  Telephone: (916) 210-7845
  Fax: (916) 731-2129
  E-mail: Carly.Munson@doj.ca.gov
*Attorneys for Defendant Kevin Kish, Director of California Civil Rights Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HINDU AMERICAN FOUNDATION, INC.,** a Florida Not-For-Profit Corporation; **SAMIR KALRA; MIHIR MEGHANI; SANGEETHA SHANKAR; DILIP AMIN, SUNDAR IYER, RAMANA KOMPELLA** as individuals; and **DOE PLAINTIFFS ONE TO THREE,**<br><br>Plaintiffs,<br><br>v.<br><br>**KEVIN KISH, an individual, in his official capacity as Director of the California Civil Rights Department; and Does 1-50, inclusive,**<br><br>Defendants. | Case No. 2:22-CV-01656-DAD-JDP<br><br>**DECLARATION OF CARLY J. MUNSON IN SUPPORT OF UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint filed: September 20, 2022<br><br>Judge: Hon. Dale A. Drozd |

I, Carly J. Munson, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am a Deputy Attorney General with the Office of the Attorney General, which represents Defendant Kevin Kish in his official capacity as the Director of the California Civil Rights Department in the above-captioned matter.

2. I make this declaration in support of Defendant Kish's Unopposed Application for Extension of Time to Respond to First Amended Complaint. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

3. On September 21, 2023, the Hindu American Foundation filed its First Amended Complaint against Defendant Kish. (ECF. No. 21). The First Amended Complaint includes two new claims in addition to amended versions of the three original claims. (*Id.*) The First Amended Complaint also lists nine new plaintiffs, including three identified only as "Doe One," "Doe Two," and "Doe Three." (*Id.*) To date, we have not been informed of the identity of these plaintiffs.

4. Defendant Kish anticipates filing one or more motions in response to Plaintiffs' First Amended Complaint. However, in light of Defendant's counsel's current litigation deadlines, pre-scheduled travel, and the parties' meet and confer obligations under the Federal Rules of Civil Procedure, Local Rules, and this Court's Standing Orders, Defendant's counsel lacks sufficient time to prepare Defendant's motions prior to the current October 5, 2023 deadline to respond.

5. Defendant's counsel have several pre-existing filing deadlines in October 2023 in other matters that have been set by court order, including briefing on dispositive motions in California Superior Courts and in a matter before the California Court of Appeal.

6. Further, I was out of the office from September 21-27, 2023, due to pre-scheduled travel plans. I am lead counsel for Defendant Kish on this matter.

7. On September 28, 2023, I sent an email to Tim Travelstead, counsel for Plaintiffs, informing him that Defendant Kish requires an additional 45 days to evaluate and consider Plaintiffs' First Amended Complaint, meet and confer with opposing counsel on any motions, and

file his responsive pleading and/or motion(s). Mr. Travelstead replied the same day and agreed to the requested 45-day extension.

8. Defendant Kish has not sought or been granted any prior extensions of time to respond to the Plaintiffs' First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed at Sacramento, California this 29th day of September, 2023.

/s/ Carly J. Munson
CARLY J. MUNSON