Timothy C. Travelstead, Esq. (SBN 215260)
  t.travelstead@narayantravelstead.com
Scott C. Ku, Esq. (SBN 314970)
  s.ku@narayantravelstead.com
NARAYAN TRAVELSTEAD P.C.
7901 Stoneridge Drive, Suite 230
Pleasanton, CA 94588
Telephone: (650) 403-0150

Attorneys for Plaintiffs
HINDU AMERICAN FOUNDATION;
SAMIR KALRA; MIHIR MEGHANI;
SANGEETHA SHANKAR; DILIP AMIN; SUNDAR IYER;
RAMANA KOMPELLA; AND DOES ONE TO THREE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDU AMERICAN FOUNDATION, INC., a Florida Not For Profit Corporation; Samir Kalra Mihir Meghani; Sangeetha Shankar; Dilip Amin, Sundar Iyer, Ramana Kompella as individuals; and Doe Plaintiffs One to Three<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN KISH, an individual, in his official capacity as Director of the California Civil Rights Department; and DOES 1 - 50, inclusive,<br>            Defendants. | Case No. 2-22-CV-01656-DAD-JDP<br><br>**DECLARATION OF DILIP AMIN ISO MOTION FOR JOHN DOES ONE THROUGH THREE TO PROCEED UNDER PSEUDONYM**<br><br>Date: November 21, 2023<br>Time: 1:30 p.m.<br>Judge: Dale A. Drodz<br><br>Date Action Filed: September 20, 2022 |

1
DECLARATION OF DILIP AMIN ISO MOTION TO PROCEED UNDER PSEUDONYM
(2:22-CV-01656)


DA
Oct 4, 2023

I, DILIP AMIN, declare as follows:

1. I am a person of South Asian descent and a practicing Hindu in California. I am a United States Citizen and have lived in California since 2011.

2. I am a devout Hindu and actively involved in several religious and cultural Hindu and Indian organizations throughout the San Francisco Bay Area. I also participate in a number of interfaith activities. I believe that prejudice or bigotry against anyone contradicts my understanding of Hindu teachings about God's presence in all of existence. This teaching imposes a duty on all of us to treat people for their inherent and equal worth.

3. The California Civil Rights Department has tried to define Hindu beliefs and has defamed my religion by taking the position that the horrors of a caste system, is an inherent part of Hinduism. I learned about the CRD's case against Cisco in an interfaith email group I am a member to.

4. The CRD has further falsely tied anyone practicing Hinduism to engaging in caste discrimination. This is false and dismisses me as a person of South Asian descent practicing Hindu. After reading the email in my interfaith email group, and going to Hindu temple that same day, I became depressed for several days and did not know where or how to even start in defending my faith and my identity.

5. While I am accustomed to religious ignorance and animosity, I was shocked to read about the CRD's disparaging depiction of Hinduism. I know many Hindus who expressly disagree with the CRD's characterization, and like me, they have told me that it has caused them significant harm in all aspects.

6. As a founder of the Hindu Speakers Bureau, I speak at different schools about Hinduism. I now have serious anxiety whenever I get a question about common stereotypes about India and Hinduism, because the government agency, which is tasked with ensuring all of our safety and to be treated fairly and equally has broadly portrayed Hinduism as mandating discriminatory practices as a matter of religious belief.

7. The CRD's actions have caused me significant emotional and spiritual harm. The public speaking that I used to enjoy has become demoralizing and a painful experience over the

DA
Oct 4, 2023

last two years because of the volumes of media coverage the CRD generated over its case.

8. The CRD's actions have caused me embarrassment and has made me feel that others are judging me and ostracizing me because of how I look and what my religious beliefs are.

9. When I talked to my adult sons about the CRD's actions, I sensed that they believed what the CRD was saying about Hinduism and Hindus over what I had imparted to them. I further had a conversation with my wife about why we even came to the United States, and whether losing our religious heritage was the price to pay for moving here.

10. I further fear that my adult sons could become the target of the CRD, or others, much in the way the two Indian origin engineers at Cisco Systems did, and a caste assigned to them because of their Indian and Hindu heritage. I also worry about my future grandchildren and great-grandchildren, who may feel the need to turn their backs on their heritage or denounce their heritage because of shame or disgust.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 4, 2023, at Kyoto, Japan.

_____
DILIP AMIN