1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MICHAEL L. NEWMAN, State Bar No. 222993
   Senior Assistant Attorney General
3  WILLIAM H. DOWNER, State Bar No. 257644
   Supervising Deputy Attorney General
4  *CARLY J. MUNSON, State Bar No. 254598
   Deputy Attorneys General
5    1300 I Street
     Sacramento, CA  95814
6    Telephone:  (916) 210-7845
     Fax:  (916) 731-2129
7    E-mail:  Carly.Munson@doj.ca.gov
   *Attorneys for Defendant Kevin Kish, Director of*
8  *California Civil Rights Department*

9  Timothy C. Travelstead, Esq. (SBN 215260)
      t.travelstead@narayantravelstead.com
10 Scott C. Ku, Esq. (SBN 314970)
      s. ku@narayantravelstead.com
11 NARAYAN TRAVELSTEAD P.C.
   7901 Stoneridge Drive, Suite 230
12 Pleasanton, CA 94588
   Telephone: (650) 403-0150
13 *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HINDU AMERICAN FOUNDATION, INC.,** a Florida Not-For-Profit Corporation; **SAMIR KALRA; MIHIR MEGHANI; SANGEETHA SHANKAR; DILIP AMIN, SUNDAR IYER, RAMANA KOMPELLA** as individuals; and **DOE PLAINTIFFS ONE TO THREE,** | Case No. 2:22-CV-01656-DAD-JDP **SECOND JOINT STATUS REPORT REGARDING DEVELOPMENTS IN RELATED STATE COURT MATTER** |
| Plaintiffs, | Comp. filed: September 20, 2022 |
| v. | First Am. Comp. filed: September 21, 2023 |
| | Judge: Hon. Dale A. Drozd |
| **KEVIN KISH, an individual, in his official capacity as Director of the California Civil Rights Department; and Does 1-50, inclusive,** | |
| Defendants. | |

Plaintiffs Hindu American Foundation, Inc. (HAF), Samir Kalra, Mihir Meghani, Sangeetha Shankar, Dilip Amin, Sundar Iyer, Ramana Kompella, and Doe Plaintiffs (collectively "Plaintiffs") and Defendant Kevin Kish, in his official capacity as the Director of the California Civil Rights Department (CRD) (together, the "Parties"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby provide this Second Joint Status Report in accordance with the Court's February 28, 2024 order to apprise the Court of recent developments in the related matter pending in California Superior Court for the County of Santa Clara, *CRD v. Cisco Systems, Inc.* (Case No. 20-cv-372366), that may materially affect this case, including a ruling on CRD's pending motion for leave to amend its complaint.

In support of this Second Joint Status Report, the Parties jointly state as follows:

1. Plaintiff's Complaint was filed on September 20, 2022 (ECF No. 1), and served on Director Kish on November 17, 2022 (ECF No. 4).

2. On February 6, 2023, Defendant filed his timely Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and supporting documents (ECF Nos. 8, 10). After considering the Parties' briefing, the Court issued an order on August 31, 2023, that granted Director Kish's Motion to Dismiss and provided leave for HAF to file an amended complaint within 21 days of entry of the order. (ECF No. 20).

3. On September 21, 2023, Plaintiff HAF filed its timely First Amended Complaint. (ECF No. 21). Plaintiffs' First Amended Complaint includes two new claims and nine new plaintiffs, including three "Doe" Plaintiffs who seek to proceed under pseudonyms and whose identities have not been disclosed to Defendant Kish or his counsel. (ECF No. 21; *see* ECF No. 24).

4. On October 6, 2023, Plaintiffs filed their Motion to Proceed Under Pseudonyms for the three unnamed Doe Plaintiffs. (ECF No. 24).

5. Based on good cause shown, Defendant sought and has been granted four stipulated and unopposed extensions of time to respond to Plaintiffs' First Amended Complaint and Motion to Proceed to Under Pseudonyms, for a total extension of 75, 61, 90, and

|   |   |   |
|---|---|---|
| 1 |   | 60 days, respectively.  (ECF Nos. 22-23, 25-32).  Defendant's response to Plaintiffs' |
| 2 |   | First Amended Complaint and Motion to Proceed Under Pseudonyms are currently |
| 3 |   | due on or before <u>May 20, 2024</u>.  (ECF No. 32). |
| 4 | 6. | This case relates to a matter pending before the California Superior Court for the |
| 5 |   | County of Santa Clara, *CRD v. Cisco Systems, Inc., et al.*, Case No. 20-cv-372366. |
| 6 |   | (*See, e.g.*, ECF No. 1, Compl. ¶ 9; ECF No. 21, First Am. Compl. ¶¶ 58, 65-75, Exh. |
| 7 |   | A).  There have been recent developments in *CRD v. Cisco Systems, Inc.* that have the |
| 8 |   | potential to materially affect Defendant's response to, and this Court's consideration |
| 9 |   | of, Plaintiffs' First Amended Complaint and Motion to Proceed Under Pseudonyms. |

<u>Final Resolution of Plaintiff HAF's Motion for Leave to Intervene in *CRD v. Cisco Systems, Inc.*</u>

|   |   |   |
|---|---|---|
| 11 | 7. | As previously noted, Plaintiff HAF filed a motion for leave to intervene in *CRD v.* |
| 12 |   | *Cisco Systems, Inc.*  (*See* ECF No. 10, 10-1 Exh. B; ECF No. 20).  Plaintiff's motion |
| 13 |   | came before the Superior Court for a hearing on November 16, 2023.  The Superior |
| 14 |   | Court issued a tentative ruling denying the motion to intervene and took the matter |
| 15 |   | under submission following the hearing.  On January 31, 2024, the Superior Court |
| 16 |   | issued a final order denying Plaintiff's motion for leave to intervene in *CRD v. Cisco* |
| 17 |   | *Systems, Inc.* |
| 18 | 8. | On March 29, 2024, Plaintiff HAF filed a notice of appeal of the Superior Court's |
| 19 |   | January 31, 2024 order denying it leave to intervene.  (*See HAF v. CRD*, Cal. 6th |
| 20 |   | App. Dist. Case No. H051973). |
| 21 | 9. | On May 1, 2024, Plaintiff HAF filed a notice with the Superior Court that it is |
| 22 |   | abandoning its appeal of the court's January 31, 2024 order once the state court |
| 23 |   | docket reflected acceptance of the Second Amended Complaint. |

<u>CRD's Amendment of its Complaint in *CRD v. Cisco Systems, Inc.*</u>

|   |   |   |
|---|---|---|
| 25 | 10. | During the November 16, 2023, hearing on HAF's motion for leave to intervene, the |
| 26 |   | Superior Court Judge noted from the bench that certain language in paragraph 1 of |
| 27 |   | the state court complaint and its accompanying footnote were unnecessary for CRD |
| 28 |   | to maintain its litigation.  That language states: "As a strict Hindu social and religious |

|   |   |   |
|---|---|---|
| 1 |   | hierarchy, India's caste system defines a person's status based on their religion, |
| 2 |   | ancestry, national origin/ethnicity, and race/color—or the caste into which they are |
| 3 |   | born—and will remain until death." |
| 4 | 11. | On December 7, 2023, the Superior Court ordered CRD to amend its state court |
| 5 |   | complaint to, among other things, identify its complainant by name.  This order did |
| 6 |   | not require CRD to strike the language detailed in Paragraph 10, above.  CRD filed |
| 7 |   | this amended complaint (First Amended Complaint). |
| 8 | 12. | In light of the Superior Court's statements at the November 16, 2023 hearing, on |
| 9 |   | December 11, 2023, CRD also filed a motion for leave to further amend its complaint |
| 10 |   | in *CRD v. Cisco Systems, Inc.* to remove the sentence detailed in Paragraph 10, |
| 11 |   | above, and the accompanying footnote. |
| 12 | 13. | On March 15, 2024, the Superior Court granted CRD's motion for leave to amend its |
| 13 |   | complaint. |
| 14 | 14. | On March 18, 2024, CRD filed its Second Amended Complaint, which removes the |
| 15 |   | language described in paragraph 10 above, and the accompanying citation footnote. |
| 16 | 15. | On April 26, 2024, Cisco Systems, Inc.—the only remaining defendant in the state |
| 17 |   | court action—filed its answer to CRD's Second Amended Complaint. |
| 18 | / |   |
| 19 | / |   |
| 20 | / |   |
| 21 | / |   |
| 22 | / |   |
| 23 | / |   |
| 24 | / |   |
| 25 | / |   |
| 26 | / |   |
| 27 | / |   |
| 28 | / |   |

| | |
|---|---|
| Dated: May 1, 2024 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>WILLIAM H. DOWNER<br>Supervising Deputy Attorney General |
| | /s/ Carly J. Munson<br>CARLY J. MUNSON<br>Deputy Attorney General<br>*Attorneys for Kevin Kish, Director of the California Civil Rights Department* |
| | NARAYAN TRAVELSTEAD, P.C. |
| | /s/ (as authorized on May 1, 2024)<br>Timothy C. Travelstead, Esq.<br>Scott C. Ku, Esq.<br>*Attorneys for Plaintiffs* |