# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| Hindu American Foundation, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-CV-01656-DAD-JDP |
| Kevin Kish, in his official capacity ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin Kish, an individual, in his official capacity as Director of the California Civil Rights Department .

Date: 05/17/2024

/s/ Jennifer Soliman
*Attorney's signature*

Jennifer Soliman, Bar No. 332519
*Printed name and bar number*

California Department of Justice
300 S. Spring St.
Los Angeles, CA 90013

*Address*

Jennifer.Soliman@doj.ca.gov
*E-mail address*

(213) 269-6596
*Telephone number*

*FAX number*