ROB BONTA, State Bar No. 202668
Attorney General of California
MICHAEL NEWMAN, State Bar No. 222993
Senior Assistant Attorney General
WILLIAM H. DOWNER, State Bar No. 257644
Supervising Deputy Attorney General
*CARLY J. MUNSON, State Bar No. 254598
JENNIFER M. SOLIMAN, State Bar No. 332519
Deputy Attorneys General
  1300 I Street
  Sacramento, CA 95814
  Telephone: (916) 210-7845
  Fax: (916) 731-2129
  E-mail: Carly.Munson@doj.ca.gov
*Attorneys for Defendant Kevin Kish, Director of the California Civil Rights Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDU AMERICAN FOUNDATION, INC., a Florida Not-For-Profit Corporation; SAMIR KALRA; MIHIR MEGHANI; SANGEETHA SHANKAR; DILIP AMIN, SUNDAR IYER, RAMANA KOMPELLA as individuals; and DOE PLAINTIFFS ONE TO THREE,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN KISH, an individual, in his official capacity as Director of the California Civil Rights Department; and DOES 1-50, inclusive,<br><br>Defendants. | 2:22-CV-01656-DAD-JDP<br><br>**DECLARATION OF CARLY J. MUNSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO DOE PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS**<br><br>Date: No Date Set<br>Time: No Date Set<br>Judge: Hon. Dale A. Drozd<br><br>Action Filed: September 20, 2022<br>First Am. Compl Filed: September 21, 2023 |

1

I, Carly J. Munson, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am a Deputy Attorney General with the Office of the Attorney General, which represents Defendant Kevin Kish in his official capacity as the Director of the California Civil Rights Department (the "Department") in the above-captioned matter.

2. I make this declaration in support of Director Kish's Opposition to Doe Plaintiffs' Motion to Proceed Under Pseudonyms. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

3. Plaintiff Hindu American Foundation's (HAF) Complaint was filed on September 20, 2022 (ECF No. 1), and served on Director Kish on November 17, 2022 (ECF No. 4).

4. On February 6, 2023, Director Kish filed his Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and supporting documents (ECF Nos. 8, 10). After considering the Parties' briefing, the Court issued an order on August 31, 2023, that granted Director Kish's Motion to Dismiss and provided leave for HAF to file an amended complaint within 21 days of entry of the order. (ECF No. 20).

5. On September 20, 2023, HAF's counsel, Tim Travelstead, contacted me by email to inform me that HAF planned to file an amended complaint that would add individual plaintiffs to the case. HAF's counsel stated that some of the plaintiffs wanted to remain anonymous and asked if Director Kish would stipulate that these unidentified plaintiffs could appear in the case anonymously. I replied to HAF's counsel the same day to seek further information regarding the substance and scope of his request, and the basis for seeking anonymity. I stated that Director Kish would be prejudiced in his ability to defend against this action if the Doe Plaintiffs' identities were not disclosed to him. I provided my availability to meet and confer on the issue. Because I would be out of the office later in the week, I also provided my colleague Supervising Deputy Attorney General William Downer's contact information and availability to meet and confer. On September 21, 2023, HAF's counsel responded to my email, but provided only vague additional information. I replied to HAF's counsel the same day to reiterate my and my colleague's availability to meet and confer. I reiterated that the scope and substance of Doe

2

Plaintiffs' request for anonymity remained unclear. I did not receive a reply from HAF's counsel. A true and correct copy of counsels' email correspondence of September 20 and 21, 2023 is attached hereto as **Exhibit A**.

6. On September 21, 2023, HAF filed its First Amended Complaint. (ECF No. 21). Plaintiffs' First Amended Complaint includes two new claims and nine new plaintiffs, including three unnamed "Doe" Plaintiffs. (ECF No. 21).

7. Following our email correspondence of September 20 and 21, 2023, HAF's counsel did not speak with me or my colleague, Mr. Downer, further regarding the substance of Doe Plaintiffs' anticipated motion to proceed under pseudonyms. On October 6, 2023, Plaintiffs filed their Motion to Proceed Under Pseudonyms for the three unnamed Doe Plaintiffs. (ECF No. 24).

8. To date, the identities of three Doe Plaintiffs have not been disclosed to Defendant Kish or his counsel.

9. To date, the Parties have not discussed or developed any agreements regarding how prejudice to Director Kish could be mitigated at each stage of this case (for example, by preparing an agreement regarding how to the Parties propose to conduct discovery).

10. On May 17, 2024, my colleague, Deputy Attorney General Jennifer A. Soliman, and I spoke with Mr. Travelstead by videoconference as part of our meet and confer efforts regarding Director Kish's concurrently filed Motion to Dismiss Plaintiffs' First Amended Complaint. During that conversation, I informed Mr. Travelstead that Director Kish would be opposing Doe Plaintiffs' Motion to Proceed Under Pseudonyms as currently presented to the Court, but that we remain open meeting and conferring to discuss ways that prejudice to Director Kish could be effectively mitigated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed at Sacramento, California this 20th day of May, 2024.

/s/ Carly J. Munson
CARLY J. MUNSON

Decl. of Carly J. Munson in Support of Opposition to Doe Plaintiffs' Motion to Proceed Under Pseudonyms
(2:22-CV-01656-DAD-JDP)

# Exhibit A

# Carly Munson

| | |
|---|---|
| **From:** | Carly Munson |
| **Sent:** | Thursday, September 21, 2023 10:54 AM |
| **To:** | Tim Travelstead |
| **Cc:** | Scott Ku; John Romero; William Downer |
| **Subject:** | RE: HAF v. Kish - Amended Complaint |

Tim,

Thanks for clarifying that you intend to file a motion. As I said, I'm available to meet and confer before 2 p.m. today. If that window does not work for you, my colleague Sonny (William) Downer is available thereafter while I'm out of the office.

From your email below, it is still not clear what the bases are for the proposed plaintiffs to proceed using pseudonyms. It is also unclear whether you are proposing to keep the identities of the plaintiffs confidential from both the public and the defendant, or whether you intend to disclose the identities of the plaintiffs to us and only seek to shield their names from the public.

Best regards,
Carly

---

**From:** Tim Travelstead <t.travelstead@narayantravelstead.com>
**Sent:** Thursday, September 21, 2023 10:18 AM
**To:** Carly Munson <Carly.Munson@doj.ca.gov>
**Cc:** Scott Ku <s.ku@narayantravelstead.com>; John Romero <j.romero@narayantravelstead.com>; William Downer <William.Downer@doj.ca.gov>
**Subject:** Re: HAF v. Kish - Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Carly,

The local rules require us to meet and confer before filing a motion. The grounds for the request are similar to those used by the CRD in asking for John Doe to remain anonymous in the Cisco matter. They are tech industry workers worried about being targeted by the CRD, their employers, and anti-Hindu vitriol on line and in the workplace.

I suggested a stipulation as a method to communicate to the Court that the parties do not oppose the request, not to suggest that a stipulation would itself be sufficient. It would, of course, always be up to the Court.

Thanks.

Tim


**Tim Travelstead**
**Managing Attorney**

1

**Narayan Travelstead P.C.**
**7901 Stoneridge Drive**
**Suite 230**
**Pleasanton, CA 94588**

**Telephone: (650) 403-0150**
**T.Travelstead@NarayanTravelstead.com**

On Sep 20, 2023, at 5:25 PM, Carly Munson <Carly.Munson@doj.ca.gov> wrote:

Tim,

Thank you for your email.  As a preliminary matter, I'm not aware that the Federal Rules allow us to address this issue by stipulation.  If you believe we can do so, please provide the relevant Rules for consideration.

With regard to the substance of the issue, you have not provided sufficient information for us to reasonably evaluate whether these individuals meet the test for proceeding under pseudonym, nor our position on the issue.

Similarly, the scope of your proposed relief is unclear.  To the extent that you are seeking permission not to disclose the plaintiffs' identities to Director Kish, as the defendant in this matter, we would have concerns.  Without knowing the plaintiffs' identities, Director Kish will be severely prejudiced in his ability to defend this matter, including as to issues of immediate importance such as evaluating whether the plaintiffs have standing.  Further, there is no reasonable factual basis for asserting that Director Kish would target any individual plaintiffs if aware of their identities.

I can be available to discuss this matter before 2 p.m. tomorrow.  However, I have long-standing vacation plans that will take me away from the office thereafter, returning next Thursday.  In my absence, please contact my colleague, Sonny Downer, who is copied on this email, if you need further assistance on this matter.

Best regards,
Carly

<image001.png>

**Carly J. Munson**
Deputy Attorney General | Civil Rights Enforcement Section
California Department of Justice
Office of the Attorney General
1300 I Street | Sacramento, CA 95814
Phone: (916) 210-7845 | Email: Carly.Munson@doj.ca.gov
*She / her / hers*

**From:** Tim Travelstead <t.travelstead@narayantravelstead.com>
**Sent:** Wednesday, September 20, 2023 12:27 PM
**To:** Carly Munson <Carly.Munson@doj.ca.gov>
**Cc:** Scott Ku <s.ku@narayantravelstead.com>; John Romero <j.romero@narayantravelstead.com>
**Subject:** HAF v. Kish - Amended Complaint

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Carly,

HAF is filing an amended Complaint that will add individual plaintiff's to the case. Some of those plaintiffs want to remain anonymous because of the threat of being targeted by either the CRD or their employers/coworkers because of their participation.

Are you willing to stipulate that they can appear in the case anonymously?

Thanks.

Tim


**Tim Travelstead**
**Managing Attorney**
**Narayan Travelstead P.C.**
**7901 Stoneridge Drive**
**Suite 230**
**Pleasanton, CA 94588**

**Telephone: (650) 403-0150**
**T.Travelstead@NarayanTravelstead.com**

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.