# Exhibit B

EFS-020

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: 264392<br>NAME: Rumduol Vuong<br>FIRM NAME: California Civil Rights Department (Formerly DFEH)<br>STREET ADDRESS: 2218 Kausen Drive, Suite 100<br>CITY: Elk Grove  STATE: CA  ZIP CODE: 95758<br>TELEPHONE NO.: (916) 964-1925  FAX NO.: (888) 382-5293<br>E-MAIL ADDRESS: Rumduol.Vuong@calcivilrights.ca.gov<br>ATTORNEY FOR (name): California Department of Fair Employment and Housing | | FOR COURT USE ONLY<br><br>on 3/15/2024 10:49 AM<br>Reviewed By: L. Nguyen<br>Case #20CV372366<br>Envelope: 14716662 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 North First Street<br>MAILING ADDRESS: 191 North First Street<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Downtown Superior Court | | |
| PLAINTIFF/PETITIONER: California Department of Fair Employment and Housing<br>DEFENDANT/RESPONDENT: Cisco Systems, Inc.<br>OTHER: | | CASE NUMBER:<br>20CV372366<br>JUDICIAL OFFICER:<br>Hon. Amber Rosen |
| **PROPOSED ORDER (COVER SHEET)** | | DEPT:<br>16 |

**NOTE:** This cover sheet is to be used to electronically file and submit to the court a proposed order. The proposed order sent electronically to the court must be in PDF format and must be attached to this cover sheet. In addition, a version of the proposed order in an editable word-processing format must be sent to the court at the same time as this cover sheet and the attached proposed order in PDF format are filed.

1. Name of the party submitting the proposed order:
   California Department of Fair Employment and Housing

2. Title of the proposed order:
   Proposed Order Granting Plaintiff California Civil Rights Department Motion for Leave to Amend First Amended Complaint

3. The proceeding to which the proposed order relates is:
   a. Description of proceeding: Motion for Leave to Amend
   b. Date and time: March 12, 2024 9:00 AM
   c. Place: Santa Clara Superior Court: Department 16

4. The proposed order was served on the other parties in the case.

Rumduol Vuong
_____     ▶ /s/ Rumduol Vuong
(TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EFS-020 [Rev. February 1, 2017]

**PROPOSED ORDER (COVER SHEET)**
**(Electronic Filing)**

Cal. Rules of Court,
rules 2.252, 3.1312
www.courts.ca.gov

| CASE NAME: California Department of Fair Employment and Housing v. Cisco Systems, Inc. | CASE NUMBER: 20CV372366 |
|---|---|

## PROOF OF ELECTRONIC SERVICE
*PROPOSED ORDER*

1. I am at least 18 years old and **not a party to this action.**

   a. My residence or business address is *(specify):*
      320 West 4th Street, Suite 1000, Los Angeles, CA 90013

   b. My electronic service address is *(specify):* salina.powell@calcivilrights.ca.gov

2. I electronically served the *Proposed Order (Cover Sheet)* with a proposed order in PDF format attached, and a proposed order in an editable word-processing format as follows:

   a. On *(name of person served) (If the person served is an attorney, the party or parties represented should also be stated.):*
      Lynne C. Hermle
      Joseph C. Liburt
      Nicholas J,. Horton

   b. To *(electronic service address of person served):*   lchermle@orrick.com, jliburt@orrick.com, nhorton@orrick.com

   c. On *(date):* March 15, 2024

☐ Electronic service of the *Proposed Order (Cover Sheet)* with the attached proposed order in PDF format and service of the proposed order in an editable word-processing format on additional persons are described in an attachment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 15, 2024

Salina Powell
(TYPE OR PRINT NAME OF DECLARANT)

▶ *Salina Powell*
(SIGNATURE OF DECLARANT)

JAMIE CROOK Chief Counsel (#245757)
Jamie.crook@calcivilrights.ca.gov
RUMDUOL VUONG, Assistant Chief Counsel (#264392)
Rumduol.vuong@CalCivilRights.ca.gov
BRETT WATSON, Associate Chief Counsel (#327669)
Brett.watson@calcivilrights.ca.gov
DYLAN COLBERT, Staff Counsel (#341424)
Dylan.colbert@calcivilrights.ca.gov
ELIANA MATA, Staff Counsel (#327845)
Eliana.mata@calcivilrights.ca.gov
CALIFORNIA CIVIL RIGHTS DEPARTMENT
2218 Kausen Drive, Suite 100
Elk Grove, CA  95758
Telephone:  (916) 964-1925
Facsimile:  (888) 382-5293

Attorneys for Plaintiff,
California Department of Fair Employment and Housing          (Fee Exempt, Gov. Code, § 6103)

Filed
March 15, 2024
Clerk of the Court
Superior Court of CA
County of Santa Clara
20CV372366
By: crubio

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SANTA CLARA**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>                           Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>                           Defendant. | Case No. 20CV372366<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF CALIFORNIA CIVIL RIGHTS DEPARTMENT'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT<br><br>Action Filed:  October 16, 2020<br>Trial Date:    TBD |

-1-

*Cal. Dept. Fair Empl. & Hous. v. Cisco Systems, Inc.*
[~~Proposed~~] Order Granting Plaintiff's Motion for Leave to Amend

1   Plaintiff California Civil Rights Department's Motion for Leave to Amend First Amended
2   Complaint and to File Second Amended Complaint came before the Court for hearing on March 12,
3   2024 at 9:00 a.m. in Department 16.
4   The Court, having considered all papers filed herein, and good cause appearing, hereby
5   ORDERS:
6   The Motion for Leave to Amend First Amended Complaint and to File Second Amended
7   Complaint is GRANTED.
8   Plaintiff California Civil Rights Department shall submit the Final Order and file the Second
9   Amended Complaint within 10 days.
10  Defendant Cisco Systems, Inc. shall have 30 days to file an answer to the Second Amended
11  Complaint.

**3/15/2024 2:57:07 PM**

Dated: _____        _____
                                      Judge of the Superior Court