# Exhibit H

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Rumduol Vuong (#264392); Dylan Colbert (#341424)<br>FIRM NAME: California Civil Rights Department<br>STREET ADDRESS: 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758<br>CITY: Elk Grove   STATE: CA   ZIP CODE: 95758<br>TELEPHONE NO.: 916-709-0687   FAX NO.:<br>E-MAIL ADDRESS: rumduol.vuong@dfeh.ca.gov; dylan.colbert@dfeh.ca.gov<br>ATTORNEY FOR (Name): Plaintiff California Dep't of Fair Employment and Housing | Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 4/6/2023 4:34 PM<br>Reviewed By: M. Sorum<br>Case #20CV372366<br>Envelope: 11646040 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose 95113
BRANCH NAME: Downtown Superior Court

Plaintiff/Petitioner: California Dep't of Fair Employment and Housing
Defendant/Respondent: Cisco Systems, Inc.; Sundar Iyer; Ramana Kompella

| REQUEST FOR DISMISSAL | CASE NUMBER:<br>20CV372366 |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [x] With prejudice      (2) [ ] Without prejudice
   b. (1) [ ] Complaint           (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                          on (date):
      (4) [ ] Cross-complaint filed by (name):                          on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [x] Other (specify):* Defendants Sundar Iyer and Ramana Kompella, all parties to bear their own costs

2. (Complete in all cases except family law cases.)
   The court [x] did   [ ] did not   waive court fees and costs for a party in this case. *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: April 6, 2023
Dylan Colbert
(TYPE OR PRINT NAME OF  [x] ATTORNEY   [ ] PARTY WITHOUT ATTORNEY)

▶ *Dylan Colbert*
(SIGNATURE)
Attorney or party without attorney for:
[x] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF  [ ] ATTORNEY   [ ] PARTY WITHOUT ATTORNEY)

▶
(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross Complainant

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

*(To be completed by clerk)*

4. [X] Dismissal entered as requested on (date): 4/6/2023 4:34 PM
5. [ ] Dismissal entered on (date):                        as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [X] Attorney or party without attorney notified on (date): 4/6/2023 4:34 PM
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
       [ ] a copy to be conformed   [ ] means to return conformed copy

Date: 4/6/2023 4:34 PM       Clerk, by M. Sorum_____, Deputy       Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. Jan. 1, 2013] | **REQUEST FOR DISMISSAL** | Code of Civil Procedure, § 581 et seq.; Gov. Code,<br>§ 68637(c); Cal. Rules of Court, rule 3.1390<br>www.courts.ca.gov |

CIV-110

| Plaintiff/Petitioner: California Dep't of Fair Employment and Housing | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Cisco Systems, Inc.; Sundar Iyer; Ramana Kompella | 20CV372366 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*: Plaintiff California Dep't of Fair Employment and Housing

2. The person named in item 1 is *(check one below)*:
   a. [x] not recovering anything of value by this action.
   b. [ ] recovering less than $10,000 in value by this action.
   c. [ ] recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. [ ] All court fees and court costs that were waived in this action have been paid to the court *(check one)*: Yes ___ ✓ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: April 6, 2023

Dylan Colbert

(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY MAKING DECLARATION)

▶ *Dylan Colbert*
(SIGNATURE)