ROB BONTA, State Bar No. 202668
Attorney General of California
MICHAEL L. NEWMAN, State Bar No. 222993
Senior Assistant Attorney General
WILLIAM H. DOWNER, State Bar No. 257644
Supervising Deputy Attorney General
*CARLY J. MUNSON, State Bar No. 254598
JENNIFER M. SOLIMAN, State Bar No. 332519
Deputy Attorneys General
 1300 I Street
 Sacramento, CA  95814
 Telephone:  (916) 210-7845
 Fax:  (916) 731-2129
 E-mail:  Carly.Munson@doj.ca.gov
*Attorneys for Defendant Kevin Kish, Director of California Civil Rights Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HINDU AMERICAN FOUNDATION, INC.,** a Florida Not-For-Profit Corporation; **SAMIR KALRA; MIHIR MEGHANI; SANGEETHA SHANKAR; DILIP AMIN, SUNDAR IYER, RAMANA KOMPELLA, SHAISHAV DESAI,** and **SRIVATS IYER,** as individuals;<br><br>Plaintiffs,<br><br>v.<br><br>**KEVIN KISH, an individual, in his official capacity as Director of the California Civil Rights Department; and Does 1-50, inclusive,**<br><br>Defendants. | Case No. 2:22-CV-01656-DAD-JDP<br><br>**DECLARATION OF CARLY J. MUNSON IN SUPPORT OF APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT'S FORTHCOMING MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Compl. filed: September 20, 2022<br><br>Second Am. Compl. filed: August 27, 2024<br><br>Judge: Hon. Dale A. Drozd |

I, Carly J. Munson, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am a Deputy Attorney General with the Office of the Attorney General, which represents Defendant Kevin Kish in his official capacity as the Director of the California Civil Rights Department in the above-captioned matter.

2. I make this declaration in support of Director Kish's Application to Extend Page Limitation for Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

3. On September 21, 2023, the Hindu American Foundation filed its First Amended Complaint (FAC) against Director Kish. (ECF No. 21). The FAC included two new claims in addition to amended versions of the three original claims, as well as pleading an additional basis for standing. (*Id.*) The FAC also listed nine new plaintiffs, including three identified only as "Doe One," "Doe Two," and "Doe Three." (*Id.*; *see also* ECF No. 24).

4. On May 9, 2024, Defendant Kish sought and was granted an additional fifteen pages for his then-forthcoming memorandum of points and authorities in support of his Motion to Dismiss Plaintiffs' FAC. (ECF Nos. 36, 38). On May 20, 2024, Director Kish filed his Motion to Dismiss Plaintiffs' FAC. (ECF No. 41).

5. On August 13, 2024, the Court ordered Plaintiffs to identify or dismiss the three unidentified "Doe" plaintiffs within 14 days. (ECF No. 49). In the same order, the Court denied Director Kish's Motion to Dismiss Plaintiffs' FAC as moot, but invited him to renew his motion after Plaintiffs had amended their complaint. (*Id.*)

6. On August 27, 2024, the Hindu American Foundation filed its Second Amended Complaint (SAC) against Director Kish. (ECF No. 50). Like the FAC, the SAC raises two new constitutional claims, amended versions of the three original claims, and an additional basis for standing. (*Id.*) The SAC also lists eight individual plaintiffs. (*Id.*)

7. Director Kish intends to file his renewed motion to dismiss Plaintiffs' SAC on or before the current September 10, 2024, deadline. (*See* Fed. R. Civ. Proc. 15(a)(3)). In his

1

DECL. OF CARLY J. MUNSON ISO APPLICATION TO EXTEND PAGE LIMITATION FOR
MOTION TO DISMISS SECOND AMENDED COMPLAINT (2:22-CV-01656)

forthcoming motion, Director Kish intends to raise four grounds for dismissal: (1) abstention under *Younger v. Harris* (401 U.S. 37 (1971)); (2) all Plaintiffs' lack of standing under Rule 12(b)(1); (3) mootness as to Plaintiffs Sundar Iyer and Ramana Kompella's alleged claims for discrimination on the basis of national origin under the Equal Protection Clause; and (4) all Plaintiffs' failure to state a claim for relief under Rule 12(b)(6).

8. Although Director Kish will endeavor to be concise and efficient with this arguments, as with his Motion to Dismiss the FAC, he requires an additional 15 pages in order to adequately address each basis for dismissal for each Plaintiff and each claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed at Sacramento, California this 28th day of August, 2024.

/s/ Carly J. Munson
CARLY J. MUNSON