# Exhibit B

**EFS-020**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:     STATE BAR NO.: 264392 | FOR COURT USE ONLY |

NAME: **Rumduol Vuong**
FIRM NAME: **California Civil Rights Department (Formerly DFEH)**
STREET ADDRESS: **2218 Kausen Drive, Suite 100**
CITY: **Elk Grove**     STATE: **CA**     ZIP CODE: **95758**
TELEPHONE NO.: **(916) 964-1925**     FAX NO.: **(888) 382-5293**
E-MAIL ADDRESS: **Rumduol.Vuong@calcivilrights.ca.gov**
ATTORNEY FOR (name): **California Department of Fair Employment and Housing**

on 3/15/2024 10:49 AM
Reviewed By: L. Nguyen
Case #20CV372366
Envelope: 14716662

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Superior Court

PLAINTIFF/PETITIONER: California Department of Fair Employment and Housing

DEFENDANT/RESPONDENT: Cisco Systems, Inc.

OTHER:

**PROPOSED ORDER (COVER SHEET)**

CASE NUMBER:
20CV372366

JUDICIAL OFFICER:
Hon. Amber Rosen

DEPT:
16

---

**NOTE:** This cover sheet is to be used to electronically file and submit to the court a proposed order. The proposed order sent electronically to the court must be in PDF format and must be attached to this cover sheet. In addition, a version of the proposed order in an editable word-processing format must be sent to the court at the same time as this cover sheet and the attached proposed order in PDF format are filed.

1. Name of the party submitting the proposed order:

   California Department of Fair Employment and Housing

2. Title of the proposed order:

   Proposed Order Granting Plaintiff California Civil Rights Department Motion for Leave to Amend First Amended Complaint

3. The proceeding to which the proposed order relates is:

   a. Description of proceeding: Motion for Leave to Amend

   b. Date and time: March 12, 2024 9:00 AM

   c. Place: Santa Clara Superior Court: Department 16

4. The proposed order was served on the other parties in the case.

---

Rumduol Vuong
_____
(TYPE OR PRINT NAME)

▶     _Rumduol Vuong_
             (SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EFS-020 [Rev. February 1, 2017]

**PROPOSED ORDER (COVER SHEET)**
**(Electronic Filing)**

Cal. Rules of Court,
rules 2.252, 3.1312
www.courts.ca.gov

EFS-020

| CASE NAME:<br>California Department of Fair Employment and Housing v. Cisco Systems, Inc. | CASE NUMBER:<br>20CV372366 |
|---|---|

## PROOF OF ELECTRONIC SERVICE
### *PROPOSED ORDER*

1.  I am at least 18 years old and **not a party to this action.**

    a.  My residence or business address is *(specify):*

     320 West 4th Street, Suite 1000, Los Angeles, CA 90013

    b.  My electronic service address is *(specify):* salina.powell@calcivilrights.ca.gov

2.  I electronically served the *Proposed Order (Cover Sheet)* with a proposed order in PDF format attached, and a proposed order in an editable word-processing format as follows:

    a.  On *(name of person served) (If the person served is an attorney, the party or parties represented should also be stated.):*
     Lynne C. Hermle
     Joseph C. Liburt
     Nicholas J,. Horton

    b.  To *(electronic service address of person served):*   lchermle@orrick.com, jliburt@orrick.com, nhorton@orrick.com

    c.  On *(date):*  March 15, 2024

    ☐ Electronic service of the *Proposed Order (Cover Sheet)* with the attached proposed order in PDF format and service of the proposed order in an editable word-processing format on additional persons are described in an attachment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 15, 2024

| Salina Powell | *Salina Powell* |
|---|---|
| (TYPE OR PRINT NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

**PROPOSED ORDER (COVER SHEET)**
**(Electronic Filing)**

1  JAMIE CROOK Chief Counsel (#245757)
   Jamie.crook@calcivilrights.ca.gov
2  RUMDUOL VUONG, Assistant Chief Counsel (#264392)
   Rumduol.vuong@CalCivilRights.ca.gov
3  BRETT WATSON, Associate Chief Counsel (#327669)
   Brett.watson@calcivilrights.ca.gov
4  DYLAN COLBERT, Staff Counsel (#341424)
   Dylan.colbert@calcivilrights.ca.gov
5  ELIANA MATA, Staff Counsel (#327845)
   Eliana.mata@calcivilrights.ca.gov
6  CALIFORNIA CIVIL RIGHTS DEPARTMENT
7  2218 Kausen Drive, Suite 100
   Elk Grove, CA  95758
8  Telephone:  (916) 964-1925
   Facsimile:  (888) 382-5293
9

Filed
March 15, 2024
Clerk of the Court
Superior Court of CA
County of Santa Clara
20CV372366
By:  crubio

10  Attorneys for Plaintiff,
    California Department of Fair Employment and Housing        (Fee Exempt, Gov. Code, § 6103)
11

12              **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

13                 **IN AND FOR THE COUNTY OF SANTA CLARA**

14

15  CALIFORNIA DEPARTMENT OF FAIR            **Case No. 20CV372366**
    EMPLOYMENT AND HOUSING, an agency of
    the State of California,                  ~~**[PROPOSED]**~~ **ORDER GRANTING**
16                                            **PLAINTIFF CALIFORNIA CIVIL RIGHTS**
                                    Plaintiff, **DEPARTMENT'S MOTION FOR LEAVE TO**
17                                            **AMEND FIRST AMENDED COMPLAINT**
           vs.
18
    CISCO SYSTEMS, INC., a California
19  Corporation,                             **Action Filed:**  October 16, 2020
                                             **Trial Date:**    TBD
20                                 Defendant.

21

22

23

24

25

26

27

28
                                          -1-
                   *Cal. Dept. Fair Empl. & Hous. v. Cisco Systems, Inc.*
                [~~Proposed~~] Order Granting Plaintiff's Motion for Leave to Amend

1    Plaintiff California Civil Rights Department's Motion for Leave to Amend First Amended

2  Complaint and to File Second Amended Complaint came before the Court for hearing on March 12,

3  2024 at 9:00 a.m. in Department 16.

4    The Court, having considered all papers filed herein, and good cause appearing, hereby

5  ORDERS:

6    The Motion for Leave to Amend First Amended Complaint and to File Second Amended

7  Complaint is GRANTED.

8    Plaintiff California Civil Rights Department shall submit the Final Order and file the Second

9  Amended Complaint within 10 days.

10    Defendant Cisco Systems, Inc. shall have 30 days to file an answer to the Second Amended

11  Complaint.

12

13  **3/15/2024 2:57:07 PM**

14  Dated: _____        _____

15                                    Judge of the Superior Court

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

*Cal. Dept. Fair Empl. & Hous. v. Cisco Systems, Inc.*
[Proposed] Order Granting Plaintiff's Motion for Leave to Amend