# Exhibit G

TO BE FILED IN THE SUPERIOR COURT

**APP-005**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NUMBER: 215260 | FOR COURT USE ONLY |
|---|---|
| NAME: Timothy C. Travelstead, Esq.<br>FIRM NAME: Narayan Travelstead P.C.<br>STREET ADDRESS: 7901 Stoneridge Drive, Suite 230<br>CITY: Pleasanton   STATE: CA   ZIP CODE: 94588<br>TELEPHONE NO.: (650) 403-0150   FAX NO.:<br>E-MAIL ADDRESS: t.travelstead@narayantravelstead.com<br>ATTORNEY FOR (name): Hindu American Foundation | Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 5/1/2024 12:26 PM<br>Reviewed By: C. Zepeda<br>Case #20CV372366<br>Envelope: 15196144 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>STREET ADDRESS: 191 North First Street<br>MAILING ADDRESS: 191 North First Street<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Downtown Superior Court | |
| PLAINTIFF/PETITIONER: California Civil Rights Department<br>DEFENDANT/RESPONDENT: Cisco Systems, Inc. | COURT OF APPEAL CASE NUMBER:<br>H051973 |
| **ABANDONMENT OF APPEAL (UNLIMITED CIVIL CASE)** | SUPERIOR COURT CASE NUMBER:<br>20-CV-372366 |

The undersigned appellant hereby abandons the appeal filed on *(date):* March 29, 2024    in the above-entitled action.

Date: May 1, 2024

Timothy C. Travelstead
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPELLANT OR ATTORNEY)

---

**NOTE:** File this form in the superior court if the record has not yet been filed in the Court of Appeal. If the record has already been filed in the Court of Appeal, you cannot use this form; you must file a request for dismissal in the Court of Appeal. You can use form APP-007 to file a request for dismissal in the Court of Appeal. A copy of this form must also be served on the other party or parties to this appeal, and proof of service filed with this form. You may use an applicable Judicial Council form (such as APP-009 or APP-009E) for the proof of service. When this document has been completed and a copy served, the original may then be filed with the court with proof of service.

---

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
APP-005 [Rev. January 1, 2017]

**ABANDONMENT OF APPEAL (UNLIMITED CIVIL CASE)**
**(Appellate)**

Cal. Rules of Court, rule 8.244
www.courts.ca.gov

**PROOF OF SERVICE BY EMAIL, MAIL AND/OR HAND DELIVERY**
**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

I am a resident of the United States and employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is 7901 Stoneridge Drive, Suite 230, Pleasanton, California:

*Case Name:*    *CA DFEH v. Cisco Systems, Inc., et al.*
Case Number:    20CV372366
Our File No.:    HA-001

On **May 1, 2024**, I served the within:

- **ABANDONMENT OF APPEAL**

on the interested parties to said action at the address(es) stated below.

| | |
|---|---|
| Jamie Crook, Esq.<br>Rumie Vuong, Esq.<br>Roya Massoumi, Esq.<br>Dylan Colbert, Esq.<br>Mackenzie Anderson, Esq.<br>California Civil Rights Department<br>2218 Kausen Drive, #100<br>Elk Grove, CA 95758<br>*Tel: (916) 478-7251*<br>*Fax: (888) 382-5293*<br>*[Counsel for Plaintiff DFEH]* | Lynne C. Hermle, Esq.<br>Joseph C. Liburt, Esq.<br>Nicholas J. Horton<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>*Tel: (650) 614-7400*<br>*Fax: (650) 614-7401*<br>*(Counsel for Defendant Cisco Systems, Inc.)* |

**[XX] BY EMAIL:** By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address m.mallam@narayantravelstead.com. To my knowledge, the transmission was reported as complete and without error. Service by email was made **[XX]** pursuant to Emergency Rule 12 & CCP section 1010.6; [ ] pursuant to agreement of the parties, confirmed in writing, [ ] as an additional method of service or as a courtesy to the parties, or [ ] pursuant to Court Order:

Jamie Crook, Esq. – Email: *Jamie.Crook@calcivilrights.ca.gov*
Rumie Vuong, Esq. – Email: *rumduol.vuong@calcivilrights.ca.gov*
Roya Massoumi, Esq. – Email: *Roya.Massoumi@CalCivilRights.ca.gov*
Dylan Colbert, Esq. – Email: *Dylan.colbert@calcivilrights.ca.gov*
Mackenzie Anderson, Esq. - *Mackenzie.Anderson@calcivilrights.ca.gov*
Step Newton, Legal Analyst – Email: *step.newton@calcivilrights.ca.gov*
Salina Powell – Email: *salina.powell@calcivilrights.ca.gov*
Lynne C. Hermle, Esq. – Email: *lchermle@orrick.com*
Joseph C. Liburt, Esq. – Email: *jliburt@orrick.com*
Nicholas J. Horton, Esq. – Email: *nhorton@orrick.com*
Karen Vasquez – Email: *kvasquez@orrick.com*
Helena Bursik – Email: *hbursik@orrick.com*
Tina McBride – Email: *tmcbride@orrick.com*

**[X] STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 1, 2024**, at Pleasanton, California.

By _____
Moreen N. Mallam

**ABANDONMENT OF APPEAL**
**(HA-001)**