# Exhibit I

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Rumduol Vuong (#264392); Dylan Colbert (#341424) <br> California Civil Rights Department <br> 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758 <br><br> TELEPHONE NO.: 916-709-0687     FAX NO.: <br> E-MAIL ADDRESS: rumduol.vuong@dfeh.ca.gov; dylan.colbert@dfeh.ca.gov <br> ATTORNEY FOR *(Name):* Plaintiff California Dep't of Fair Employment and Housing | **FOR COURT USE ONLY** <br><br> Electronically Filed <br> by Superior Court of CA, <br> County of Santa Clara, <br> on 4/11/2023 3:41 PM <br> Reviewed By: R. Fleming <br> Case #20CV372366 <br> Envelope: 11681005 |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose 95113
BRANCH NAME: Downtown Superior Court

PLAINTIFF/PETITIONER: California Dep't of Fair Employment and Housing
DEFENDANT/RESPONDENT: Cisco Systems, Inc.; Sundar Iyer; Ramana Kompella

| **NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE** <br> ☐ Personal Injury, Property Damage, or Wrongful Death <br>    ☐ Motor Vehicle    ☐ Other <br> ☐ Family Law <br> ☐ Eminent Domain <br> ☒ Other *(specify):* Civil - Civil Rights | CASE NUMBER: <br> 20CV372366 |
|---|---|

**TO ATTORNEYS AND PARTIES WITHOUT ATTORNEYS:** A dismissal was entered in this action by the clerk as shown on the *Request for Dismissal. (Attach a copy completed by the clerk.)*

Date: April 11, 2023
Dylan Colbert
_____                ▶ */s/ Dylan Colbert*
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                (SIGNATURE)

## PROOF OF SERVICE

1. I am over the age of 18 and not a party to this cause. My residence or business address is:
   2218 Kausen Drive #100, Elk Grove, CA 05758

2. ☐ I am a resident of or employed in the county where the mailing occurred. I served a copy of the *Notice of Entry of Dismissal* and *Request for Dismissal* by mailing them, in a sealed envelope with postage fully prepaid, as follows:
   a. ☐ I deposited the envelope with the United States Postal Service.
   b. ☐ I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.
   c. Date of deposit:                         d. Place of deposit *(city and state):*
   e. Addressed as follows *(name and address):*

3. ☐ I served a copy of the *Notice of Entry of Dismissal and Request for Dismissal* by personally delivering copies as shown below:
   a. Name of person served:
   b. Address at which person served:
   c. On *(date):*                         d. At *(time):*

4. ☒ I served a copy of the *Notice of Entry of Dismissal* and *Request for Dismissal* by electronically serving copies as shown below *(complete if electronic service is used based on a court order or agreement of the parties):*
   a. Name of person served: See Attached
   b. Electronic service address of person served: See Attached
   c. On *(date):* April 11, 2023                         d. At *(time):* 3:36 p.m.
   e. Electronic service address from which I served the documents: step.newton@dfeh.ca.gov
      ☒ Proof of electronic service is attached.

5. ☒ Proof of service on additional parties is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 11, 2023
Step Newton, CRD Legal Analyst
_____                ▶ */s/ S.M. Newton*
(TYPE OR PRINT NAME)                (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CIV-120 [Rev. January 1, 2012]
**NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE**
Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**PROOF OF SERVICE**

I, the undersigned, hereby declare:

I am over eighteen years of age and not a party to the within cause.  My mailing address is 2218 Kausen Drive, Suite 100, Elk Grove, California 95758. My electronic service address is step.newton@dfeh.ca.gov.

On April 11, 2023, I served a copy of the attached document:

- **NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE; REQUEST FOR DISMISSAL**

In the case of Dept. of Fair Empl. & Hous. *v. Cisco Systems, Inc., et al.;* Santa Clara County Superior Court, Case No. 20CV372366, on each of the following via email to the person(s) at the email address(es) listed below as follows:

| | |
|---|---|
| Lynne C. Hermle<br>lchermle@orrick.com<br>Joseph C. Liburt<br>jliburt@orrick.com<br>Orrick Herrington & Sutcliffe, LLP<br>1020 Marsh Road<br>Menlo Park, CA 94025<br><br>(*Attorneys for Defendant Cisco Systems, Inc.*) | Alexander Hernaez<br>ahernaez@foxrothschild.com<br>Andrew S. Esler<br>aesler@foxrothschild.com<br>Fox Rothschild, LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104<br><br>(*Attorneys for Defendants Sundar Iyer and Ramana Kompella*) |

☒  **Electronic Mail** by forwarding a true and correct copy of the above document(s) via e-mail to the respective email address(es) listed above pursuant to Code of Civil Procedure section 1010.6 et seq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 11, 2023, at Sacramento, California.

*SM Newton*
_____
Step Newton, Legal Analyst
CRD (Formerly DFEH)

-1-

*Dept. Fair Empl. & Hous. v. Cisco Systems, Inc., et al.*
*Proof of Service*