# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HINDU AMERICAN FOUNDATION, INC. , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:22–CV–01656–DAD–JDP** |
| v. | |
| **KEVIN KISH ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/21/25 .**

ENTERED:   **July 21, 2025**          /s/  **Keith Holland**
                                       Clerk of Court