**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**HINDU AMERICAN FOUNDATION,**
**INC., ET AL.,**
        Plaintiff

        v.                                                 **CASE NO. 2:22−CV−01656−DAD−JDP**

**KEVIN KISH,**
        Defendant

 

    You are hereby notified that a Notice of Appeal was filed on **August 07, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 8, 2025

                        **KEITH HOLLAND**
                        **CLERK OF COURT**

                    **by:** /s/ L. Mena−Sanchez
                        Deputy Clerk