**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

**TO:**        **CLERK, U.S. COURT OF APPEALS**

**FROM:**    **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**    **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:22−CV−01656−DAD−JDP** |
| USDC Judge: | **DISTRICT JUDGE DALE A. DROZD** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **HINDU AMERICAN FOUNDATION, INC. vs. KEVIN KISH** |
| Type: | **CIVIL** |
| Complaint Filed: | **8/27/2025** |
| Appealed Order/Judgment Filed: | **7/21/2025** |
| Court Reporter Information: | **N/A** |

FEE INFORMATION

**Fee Status: Paid on 8/7/2025 in the amount of $605.00**

Information prepared by: /s/  **L. Mena−Sanchez , Deputy Clerk**