# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Hindu American Foundation; Samir Kalra; Mihir Meghani; Sangeetha Shankar; Dilip Amin; Sundar Iyer; Ramana Kompella; Shaishav Desai; and Srivats Iyer

Name(s) of counsel (if any):

Timothy C. Travelstead, Esq.
Scott C. Ku, Esq.

Address: 7901 Stoneridge Drive, Suite 230

Telephone number(s): (650) 403-0150

Email(s): t.travelstead@ntkattorneys.com; s.ku@ntkattorneys.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Kevin Kish, an individual, in his official capacity as Director of the California Civil Rights Department; and DOES 1-50, inclusive

Name(s) of counsel (if any):

William Downer, Esq.

Address: 1300 I Street, Sacramento, CA 95632

Telephone number(s): (916) 210-6120

Email(s): william.downer@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                    1                                         *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Kevin Kish, an individual, in his official capacity as Director of the California Civil Rights Department; and DOES 1-50, inclusive

Name(s) of counsel (if any):

Brendan Hamme, Esq.
Jennifer Soliman, Esq.

Address: 300 S. Spring Street, Los Angeles, CA 90013

Telephone number(s): (213) 269-6598; (213) 269-6596

Email(s): brendan.hamme@doj.ca.gov; jennifer.soliman@doj.ca.gov

Name(s) of party/parties:

Kevin Kish, an individual, in his official capacity as Director of the California Civil Rights Department; and DOES 1-50, inclusive

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                              *New 12/01/2018*